IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Jury Demanded** |
| v. ) | |
| ) | |
| THE VILLAGE OF JUSTICE; ) | 17-CV-07739 |
| JUSTICE POLICE OFFICER DIAZ; ) | |
| AND OTHER, UNKNOWN VILLAGE OF ) | Judge Edmond E. Chang |
| JUSTICE POLICE OFFICERS; ) | |
| ) | Magistrate Judge M. David Weisman |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

Pursuant to Local Rule 83.17, plaintiff's counsel Al Hofeld, Jr., respectfully requests leave of Court to withdraw as counsel for plaintiff Robert Jackson. In support of this motion, plaintiff's counsel states as follows:

1. Al Hofeld, Jr., Esq., is currently counsel of record in this matter for plaintiff Robert Jackson.

2. Plaintiff's counsel and plaintiff have had an irreconcilable breakdown in communications over plaintiff's case. Plaintiff's counsel believes that the breakdown is permanent.

3. For these reasons, plaintiff's counsel seeks to withdraw as counsel for plaintiff.

4. Plaintiff's counsel has agreed to provide Mr. Jackson with the names of several other attorneys who practice in the area of civil rights and who would consider taking his

case.

5. Plaintiff's counsel spoke to Mr. Jackson *via* telephone on March 9, 2017 and informed him that he would be filing a motion to withdraw. Plaintiff's counsel office is also mailing a copy of this motion to Mr. Jackson and to his wife, Karen English, who is in daily contact with him.

6. The withdrawal of plaintiff's current counsel at this early date in his case would not have a material adverse effect on the interests of plaintiff.

WHEREFORE, plaintiff's counsel, Al Hofeld, Jr., respectively requests that the Court enter an Order: (a) granting him leave to withdraw; (b) granting plaintiff a reasonable amount of time to find new counsel; and (b) granting any other or further relief that the Court deems just.

Respectfully submitted,

/s/Al Hofeld, Jr.
Al Hofeld, Jr.
*Plaintiff's counsel*

Al Hofeld, Jr.
Al Hofeld, Jr., Esq.
30 N. LaSalle Street, Suite #3120
Chicago, Illinois 60602
Phone - 773-241-5844
Fax - 312-372-1766
al@alhofeldlaw.com

2

**NOTICE OF FILING AND CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Al Hofeld, Jr., attorney for plaintiff, hereby certify that on March 26, 2018, filing and service of the foregoing ***Plaintiff's Counsel's Motion to Withdraw*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

<u>/s/ Al Hofeld, Jr.</u>
Al Hofeld, Jr.

Al Hofeld, Jr.
Al Hofeld, Jr., Esq.
30 N. LaSalle Street, Suite #3120
Chicago, Illinois 60602
Phone - 773-241-5844
Fax - 312-372-1766
al@alhofeldlaw.com